IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____

05 APR 18  AM 10: 0.

ROBERT R. DI ___CLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

THOMAS & BETTS CORP.,

     Plaintiff,

VS.                                                NO. 02-2953-Ma/An

HOSEA PROJECT MOVERS, LLC,

     Defendant.

---

ORDER OF REFERENCE

---

Before the court is the April 13, 2005, motion of defendant

for expedited hearing and or conference on defendant's motion to

stay.

The motion is hereby referred to the magistrate judge for a

determination.

It is so ORDERED this ____ day of April, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 116 in
case 2:02-CV-02953 was distributed by fax, mail, or direct printing on
April 18, 2005 to the parties listed.

---

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Honorable Samuel Mays
US DISTRICT COURT