IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS & BETTS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   02-2953 Ma/An |
| | ) | |
| HOSEA PROJECT MOVERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER RESETTING HEARING

Before the Court is Plaintiff's Motion for Default Judgment and for Dismissal of Hosea Project Movers, LLC's Counterclaim and for an Award of Attorneys Fees filed on February 4, 2005. United States District Judge Samuel H. Mays, Jr. referred this matter to the Magistrate Judge for a Report and Recommendation.

A hearing on this Motion is currently set to be held on April 27, 2005; however, it is **ORDERED** that the hearing shall be rescheduled to occur before United States Magistrate Judge S. Thomas Anderson on **WEDNESDAY, MAY 4, 2005 at 10:45 A.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: April 26, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-29-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 119 in case 2:02-CV-02953 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT