IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -7 PM 4: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| THOMAS & BETTS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   02-2953-Ma/An |
| | ) | |
| HOSEA PROJECT MOVERS, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| HOSEA PROJECT MOVERS, LLC | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THOMAS & BETTS CORPORATION, | ) | |
| | ) | |
| Counter-Defendant. | ) | |

---

## ORDER SETTING HEARING

---

Before the Court is Plaintiff/Counter-Defendant Thomas & Betts Corporation's Motion to

Stay Rule 30(b)(6) Deposition of BDP International, Incorporated filed on September 6, 2005.

**IT IS THEREFORE ORDERED** that a hearing be held before United States Magistrate

Judge S. Thomas Anderson on **September 8, 2005 at 10:00 A.M.** in Courtroom M-3, 9th Floor,

Federal Building, Memphis, Tennessee.  Counsel for Defendant/Counter-Claimant Hosea Project

Movers, LLC, may participate by telephone.

**IT IS SO ORDERED.**

150

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date:  September 07, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 150 in case 2:02-CV-02953 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Honorable Samuel Mays
US DISTRICT COURT