IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| THOMAS & BETTS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HOSEA PROJECT MOVERS, LLC, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> HOSEA PROJECT MOVERS, LLC ) <br> ) <br> Counter-Claimant, ) <br> ) <br> vs. ) <br> ) <br> THOMAS & BETTS CORPORATION, ) <br> ) <br> Counter-Defendant. ) | No.   02-2953-Ma/An |

### ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFF'S MOTION TO STAY

Before the Court is Plaintiff/Counter-Defendant Thomas & Betts Corporation's Motion to Stay Rule 30(b)(6) Deposition of BDP International, Incorporated, filed on September 6, 2005. Plaintiff filed the Motion in response to Defendant/Counter-Claimant Hosea Project Movers, LLC's notice to take the Fed. R. Civ. P. 30(b)(6) deposition of BDP International, Incorporated on September 8, 2005 in Hebron, Kentucky.

Defendant shall be allowed to take the Fed. R. Civ. P. 30(b)(6) deposition of BDP International, Incorporated but shall be limited in scope to the issue of whether bills of lading

were issued for Machine #2 and Machine #14. Additionally, the Defendant shall confer with counsel for the Plaintiff and reschedule the deposition for a time convenient for all parties.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: September 08, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 158 in case 2:02-CV-02953 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT