IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 SEP 12 PM 4:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

THOMAS & BETTS CORP.,

    Plaintiff,

VS.                                  NO. 02-2953-MaAn

HOSEA PROJECT MOVERS, LLC

    Defendant.

ORDER GRANTING PERMISSION TO FILE REPLY

Before the court is plaintiff/counter-defendant's September 8, 2005, motion to file a reply in further support of its motion to quash and for protective order. For good cause shown, the motion is granted and plaintiff/counter-defendant may file its reply.

It is so ORDERED this 9th day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _9-14-05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 175 in case 2:02-CV-02953 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT