IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 23 PM 3: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

THOMAS & BETTS CORP.,

    Plaintiff,

VS.                                    NO. 02-2953-MaAn

HOSEA PROJECT MOVERS, LLC

    Defendant.

---

ORDER OF REFERENCE

---

Before the court is the September 19, 2005, motion of plaintiff/counter-defendant Thomas & Betts Corp. to quash the subpoena *duces tecum* served on September 16, 2005.

The motion is hereby referred to the magistrate judge for a determination. Any exceptions to the magistrate's report shall be made within ten (10) days of the report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

It is so ORDERED this **23d** day of September, 2005.

                        _____
                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

190

UNITED STATES DISTRICT COURT – WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 190 in
case 2:02-CV-02953 was distributed by fax, mail, or direct printing on
September 26, 2005 to the parties listed.

---

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Honorable Samuel Mays
US DISTRICT COURT