IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___Cg___ D.C.

05 SEP 27 PM 2: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

THOMAS & BETTS CORP.,

    Plaintiff,

VS.                                                    NO. 02-2953-MaAn

HOSEA PROJECT MOVERS, LLC

    Defendant.

---

### ORDER OF REFERENCE

Before the court is the September 19, 2005, motion of plaintiff Thomas & Betts Corp. to quash subpoena *duces tecum*.

The motion is hereby referred to the magistrate judge for a determination. Any exceptions to the magistrate's report shall be made within ten (10) days of the report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

It is so ORDERED this 27th day of September, 2005.

                                         SAMUEL H. MAYS, JR.
                                         UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
9-28-05
with Rule...

192

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 192 in case 2:02-CV-02953 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT