IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| THOMAS & BETTS CORP., | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) No. 02-2953 Ma/A |
| HOSEA PROJECT MOVERS, LLC, | ) |
| Defendant/Counter-Plaintiff. | ) |

### ORDER GRANTING DEFENDANT'S MOTION TO BIFURCATE

Before the court is Defendant Hosea Project Mover, LLC's ("Hosea") motion to bifurcate trial. Hosea seeks to have liability for and the amount of compensatory damages and liability for punitive damages determined during the trial phase. Then, if Hosea is found liable for punitive damages, the amount of punitive damages would be determined in a separate proceeding. Plaintiff Thomas & Betts Corporation does not contest Hosea's motion. Accordingly, Defendant's motion to bifurcate on the issue of punitive damages is GRANTED.

So ordered this 17K day of October 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 207 in case 2:02-CV-02953 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Honorable Samuel Mays
US DISTRICT COURT