IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THOMAS & BETTS CORP.,

    Plaintiff/Counter-Defendant,

VS.                                           NO. 02-2953-MaA

HOSEA PROJECT MOVERS, LLC,

    Defendant/Counter-Plaintiff.

## ORDER ALLOWING EXCESS PAGE LIMIT

Before the court is the November 28, 2005, unopposed motion by Thomas & Betts Corp. for permission to file a brief in excess of the Rule 7.2(e) page limitation in support of its motion for judgment notwithstanding the verdict or motion for new trial. For good cause shown, the motion is granted and the Thomas & Betts Corp. may file a brief in excess of twenty pages.

So ORDERED this 29th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 248 in case 2:02-CV-02953 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Honorable Samuel Mays
US DISTRICT COURT