IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 19 PM 3:39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

THOMAS & BETTS CORPORATION,

    Plaintiff/Counter-Defendant,

VS.                                                      NO. 02-2953-MaA

HOSEA PROJECT MOVERS, LLC,

    Defendant/Counter-Plaintiff.

ORDER ALLOWING EXCESS PAGE LIMIT

    Before the court is the December 15, 2005, motion by Hosea Project Movers for permission to file its memorandum in opposition to Thomas & Betts' motion for judgment as a matter of law in excess of the Rule 7.2(e) page limitation.  For good cause shown, the motion is granted and Hosea may file its opposition brief.

    So ORDERED this ___ day of December, 2005.

                                                 SAMUEL H. MAYS, JR.
                                                 UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  12-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 254 in case 2:02-CV-02953 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT