# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT TENNESSEE

FILED BY_____D.C.

THOMAS M. GOULD
CLERK OF COURT

MEMPHIS (901) 495-1200
05 DEC 30  AM 495-1250
JACKSON (731) 421-9200
FAX (731) 421-9210

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

December 30, 2005

RE:    Thomas & Betts v. Hosea Project Movers
       2:02cv2953-Ma

Dear Counsel:

It appears that in the above referenced cause the parties are unable to agree on the taxation of costs.

Therefore, pursuant to Rule 54.1 of the Local Rules for the Western District of Tennessee, the Clerk is required to assess costs, after notice and hearing. Accordingly, you are hereby notified that the Clerk of Court will tax costs on <u>Thursday, January 12, 2006, 10:30 a.m.,</u> in the Clerk's office located in Room 242, Clifford Davis Federal Building, 167 North Main Street, Memphis, Tennessee. You may appear at that time and make any argument you believe relevant, but you are not required to attend. The Clerk of Court will accept any relevant citation of any law the parties wish to submit, but such submissions must be received no later than one week prior to the scheduled hearing. Your appearance at this hearing and your submission of relevant case citations is completely optional, and a party's or counsel's decision to not appear or to not submit relevant citations will not adversely affect the Clerk of Court's evaluation of how costs should be assessed.

Sincerely,

Thomas M. Gould, Clerk of Court

by: *Judy Easley*
Deputy Clerk

/jae
c: Docket Clerk

*259*

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 259 in case 2:02-CV-02953 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Thomas M. Gould
U.S. DISTRICT COURT
167 N. Main St.
Ste. 242
Memphis, TN 38103

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Honorable Samuel Mays
US DISTRICT COURT